**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2102

TITLE OF CONSUL TORNELLO-FONTAINE PIERCE EL-BEY,

Plaintiff - Appellant,

v.

STATE OF MARYLAND (Inc); LAWRENCE J. HOGAN, a/k/a Larry Hogan; RICHARD DELNO FRITZ, Bar Membership # 7706010084; OPIRHORY A., (I.D. NO 6678); ST. MARY'S COUNTY (Inc),

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:23-cv-01229-PX)

Submitted:  March 12, 2024                Decided:  March 14, 2024

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tornello Fontaine Pierce El Bey, Appellant Pro Se.  Wendy Lozinsky Shiff, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tornello Fontaine Pierce El-Bey appeals the district court's order dismissing his complaint for failing to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *El-Bey v. Maryland*, No. 8:23-cv-01229-PX (D. Md. Sept. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*